ACCEPTED
01-14-00417-cv
FIRST COURT OF APPEALS
HOUSTON, TEXAS
5/28/2015 3:11:28 PM
CHRISTOPHER PRINE
CLERK

# NO. 01-14-00417-CV

IN THE FIRST COURT OF APPEALS
HOUSTON, TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
5/28/2015 3:11:28 PM
CHRISTOPHER A. PRINE
Clerk

NICK YEH, INDIVIDUALLY, ASHDON INC. D/B/A IMPRESSION BRIDAL, AND
EMME BRIDAL, INC.,

Appellants/Cross-Appellees,

v.

ELLEN CHESLOFF,

Appellee/Cross-Appellant.

On Appeal from the 268th Judicial District Court,
Fort Bend County, Texas, No. 09-DCV-174184

## UNOPPOSED FOURTH MOTION TO EXTEND TIME TO FILE APPELLEE'S/CROSS-APPELLANT'S BRIEF

Appellee/Cross-Appellant Ellen Chesloff files this Unopposed

Fourth Motion asking for a four-day extension, **to June 5, 2015**, to file her

Appellee's/Cross-Appellant's Brief in this case.

### I.    BACKGROUND

Appellants appeal the April 25, 2014 Final Judgment entered against

them in the underlying case. Appellee noticed a cross-appeal of that Final

Judgment as well. The Clerk's Record was filed on June 23, 2014 and the Reporter's Record was filed on November 25, 2014.

Appellants filed their brief on January 29, 2015. Appellee's/Cross-Appellant's brief is currently due, on third extension, no later than June 1, 2015.

## II.    REQUESTED EXTENSION

This is Appellee's/Cross-Appellant's third request for an extension. The following matters have prevented the undersigned from devoting sufficient time to prepare that brief.

1.    The undersigned is lead counsel and responsible for preparing a reply brief in *Hardriders Motorcycle Club Association, et al. v. Hardriders, Inc.*, No. 14-14-00234-CV, in the Fourteenth Court of Appeals. That reply brief was filed on May 18, 2015.

2.    The undersigned is lead counsel and responsible for presenting oral argument in *Wanda Young, et al. v. Pulte Homes of Texas, LP, et al.*, No. 02-14-00224-CV, in the Second Court of Appeals. The court of appeals heard oral argument in this case on May 19, 2015.

3.    The undersigned is lead counsel and responsible for preparing the Appellees' Brief in *Starwood Management, LLC, by and through Norma Gonzalez v. Don Swaim and Rose Walker, LLP,* No. 05-14-01218-CV, in the Fifth Court of Appeals. That brief was filed yesterday, May 27, 2015.

These and other day-to-day matters have and will prevent the undersigned from finishing the Appellee's/Cross-Appellant's brief in this case by the current deadline. This request is sought not solely for delay, but in order that the Appellee's/Cross-Appellant's Brief and the issues to be presented therein may be clearly and concisely presented to this Court and so that justice may be served.

## III.   CERTIFICATE OF CONFERENCE

On May 28, 2015, the undersigned contacted counsel for Appellants, Barham Lewis and Angela Prince, regarding the substance of this Motion. Ms. Prince graciously advised that they and their clients were unopposed to the relief being requested.

## IV.   PRAYER

For these reasons, Appellee/Cross-Appellant respectfully requests that this Court grant her unopposed motion and extend the time to file her Appellee's/Cross-Appellant's Brief to **June 5, 2015**.

Respectfully submitted,

By: */s/ Thad D. Spalding*
**Thad D. Spalding**
State Bar No. 00791708
tspalding@texasappeals.com
**Peter M. Kelly**

State Bar No. 00791011
pkelly@texasappeals.com
KELLY, DURHAM & PITTARD, LLP
PO Box 224626
Dallas, TX 75222
Telephone: 214.946.8000
Facsimile:   214.946.8433

and

**Ronald M. Estefan**
State Bar No. 00785851
ron@ronestefanlaw.com
THE ESTEFAN FIRM, P.C.
2306 Mason Street
Houston, Texas 77006
(713) 333-1100
(713) 333-1101 (Fax)

**COUNSEL FOR
APPELLEE/CROSS-APPELLANT**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this ***Unopposed Fourth Motion to Extend Time to File Appellee's/Cross-Appellant's Brief*** has been forwarded to the following counsel of record on this **28th** day of **May 2015**, pursuant to Texas Rule of Appellate Procedure 9.5(b)(1).

Barham Lewis, Barham.Lewis@ogletreedeakins.com
Angela N. Prince, Angela.Prince@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
One Allen Center
500 Dallas Street, Suite 3000
Houston, Texas 77002

/s/ Thad D. Spalding
**Thad D. Spalding**